**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                          No. CR 02-00060 WHA

        Plaintiff,

    v.                                                           **ORDER RE PROPOSED TEST**

DAMIEN A. NINO,

        Defendant.

_____/

      The Court has received Ms. James request that Damien A. Nino, sentenced to 57 months
of custody for possession of child pornography, be required to submit to a penile
plethysmograph test as part of his sex-offender treatment.  Mr. Robert Waggener, defense
counsel, requests a hearing.  To assist the Court, Ms. James should file a declaration by Dr.
Andrea Shelley as to the efficacy of the penile plethysmograph test and the proposed manner of
application to Mr. Nino.  This shall be due February 3, 2006, by noon.  Mr. Waggener must file
any objections by February 7 at noon.  A hearing shall be at 1:30 p.m., February 9.

      **IT IS SO ORDERED.**

Dated:  January 27, 2006
                             _____
                             WILLIAM ALSUP
                             UNITED STATES DISTRICT JUDGE