IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DAMIEN NINO,

    Defendant.
                                      /

No. CR 02-00060 WHA

**ORDER EXTENDING DATE OF SURRENDER**

      For the reasons stated in his counsel's letter of July 13, 2006, to the Court, Damien Nino's request to change the date on which he must surrender is **GRANTED IN PART**. He must surrender by 2 p.m., Friday, July 28, 2006.

    **IT IS SO ORDERED.**

Dated: July 17, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE