**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,                    No. CR 02-00060 WHA
11          Plaintiff,
12     v.                                         **REQUEST FOR RESPONSE TO
                                                  DEFENDANT'S EX PARTE
13   DAMIEN NINO,                                 REQUEST FOR ORDER THAT
                                                  DEFENDANT BE
14          Defendant.                            INCARCERATED AT FCI
                                                  DUBLIN**
15   _____/
16          The Court has received defendant's ex parte request for an order that defendant be
17   incarcerated at FCI Dublin pending disposition of the case.  Defendant is currently incarcerated
18   at Santa Rita Jail.  According to defendant, he is Muslim and is unable to eat the food served
19   him at the Santa Rita Jail because it does not meet the dietary standard of his religious beliefs.
20   The government and probation office are requested to respond by **FRIDAY, APRIL 25, 2008**.
21   This issue will be addressed at the hearing set for Tuesday, April 29, 2008.
22
23   Dated:  April 17, 2008.                      _____
24                                                WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE
25
26
27
28