IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAMIEN NINO,<br><br>  Defendant.<br>_____ / | No. CR 02-00060 WHA<br><br>**ORDER RE DEFENDANT'S EX PARTE REQUEST FOR ORDER THAT DEFENDANT BE INCARCERATED AT FCI DUBLIN PENDING DISPOSITION OF THE CASE** |

Defendant requests to be transferred from Santa Rita Jail to FCI-Dublin. He says that he is Muslim and can only eat a diet approved by his religion. According to defendant, because the Santa Rita Jail does not offer a diet that meets his religious dietary standard, he should be transferred to FCI-Dublin, the only correctional facility that offers the federal "common fare diet," which meets the dietary standard prescribed for members of the Muslim faith. This order does not find that a transfer is necessary. Santa Rita Jail is ordered to provide defendant with the federal "common fare diet." Because this order should resolve defendant's ex parte request, the government and probation office are no longer required to respond.

**IT IS SO ORDERED.**

Dated: April 17, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE