**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

DAMIEN NINO,

        Defendant.

                               /

No. CR 02-00060 WHA

**ORDER VACATING ORDER REQUIRING SANTA RITA JAIL TO PROVIDE DEFENDANT WITH FEDERAL COMMON FARE DIET**

     This order vacates the earlier "order re defendant's ex parte request for order that defendant be incarcerated at FCI Dublin pending disposition of the case" (Dkt. No. 105) based on the representation that it is impossible to comply with.

     **IT IS SO ORDERED.**

Dated:  April 30, 2008.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE